# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.  2024 CW 0051

**APRIL 18, 2024**

---

In Re:    Advanced Environmental Consulting, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 676874.

---

**BEFORE:   HESTER, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The portion of the district court's December 13, 2023 judgment which granted the motion for summary judgment as to the Louisiana Department of Environmental Quality is reversed.  Third party plaintiff, Advanced Environmental Consulting, Inc., has produced factual support sufficient to establish the existence of a genuine issue of material fact. The motion for summary judgment filed by the Louisiana Department of Environmental Quality is denied.

**CHH**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT